## Parker et al., Appellant, *v.* Prudential Insurance Company of America.

Argued December 6, 1973. *Edwin J. McDer-mott,* for appellant; *Peter C. Paul* and *William Lee Akers,* with them *Rawle and Henderson,* for appellees.

Order affirmed; petition for reargument refused February 21, 1974.

SPAULDING, J., absent.